FREUNDLICH LAW
Kenneth D. Freundlich (SBN: 119806)
Michael J. Kaiser (SBN: 258717)
16133 Ventura Blvd., Suite 1270
Encino, California 91436
Tel.: (818) 377-3790
ken@freundlichlaw.com; mkaiser@freundlichlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lindsey Stirling, Lindseystomp Music, LLC, Keith Varon, and Robert "McKay" Stevens | CASE NUMBER |
|---|---|
| Plaintiff(s) | 17-cv-01713-JPR |
| v. | |
| Matthew Steeper | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Caplan, Brian D.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(212) 209-3059    (212) 371-5500
*Telephone Number*    *Fax Number*
bcaplan@reitlerlaw.com
*E-Mail Address*

of Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Lindsey Stirling, Lindseystomp Music, LLC, Keith Varon, and Robert "McKay" Stevens

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Freundlich, Kenneth D.
*Designee's Name (Last Name, First Name & Middle Initial)*
119806    (818) 377-3790
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
ken@freundlichlaw.com
*E-Mail Address*

of Freundlich Law
16133 Ventura Blvd., Suite 1270
Encino, California 91436
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: March 10, 2017**

*[signature]*
**U.S. Magistrate Judge**